1 | Philip H. Stillman, Esq. SBN# 152861
2 | STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
3 | Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com
4 |
Attorneys for Defendant
5 | Noble House Hotels & Resorts, L.P.

6

7

8

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

9

10 | Aderiyike Lawal an individual,    )   CASE NO.: 2:24-cv-10038-FLA-AJR
                   Plaintiff,    )
11 |                          )   **NOTICE OF MOTION AND MOTION**
            v.                )   **TO DISMISS PLAINTIFF'S**
12 |                          )   **COMPLAINT**
13 | Noble House Hotels & Resorts, L.P.   )
D.B.A. Mission Bay Resort, a Texas   )   [Fed.R.Civ.P. 12(1) and (6)]
14 | Limited Partnership, and Does 1-10   )
                         )   Date: 1:30 p.m.
15 |            Defendant.    )   Time: May 9, 2025
                         )   Courtroom: 6B
16 |                              First Street Courthouse

17 |                              Hon. Fernando L Aenlle-Rocha

18

19

20

21

22

23

24

25

26

27

28

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Friday, May 9, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6B of the above-entitled court, Defendant Noble House Hotels & Resorts, L.P. D.B.A. Mission Bay Resort ("Defendant"), will and hereby does move to dismiss the Complaint in its entirety, pursuant to Fed.R.Civ.P. 12(b)(6) and 12(b)(1). Plaintiff Aderiyike Lawal's ("Plaintiff") claims arise solely from an alleged visit to https://www.missionbayresort.com/(the "Website"), asserting that the Website's compliance deficiencies with Plaintiff's Screen Reader Software ("SRS") deterred Plaintiff from learning information about Defendant's hotel, thus violating the Americans with Disabilities Act and California's Unruh Civil Rights Act.

However, Plaintiff's Complaint is fundamentally flawed and lacks merit. It fails to state any viable claim, as none of the supposed issues with the Website hinder Plaintiff's physical access to the Defendant's hotel. Plaintiff's alleged inability to view certain aspects of the site constitutes a purely informational injury, which does not meet the threshold for a legitimate ADA claim. Moreover, Plaintiff has demonstrated no genuine intent to visit the hotel's physical location, make a reservation, or return at any time in the future, thereby invalidating any potential Unruh Act claim. This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Declaration of Matthew Arnold, Proposed Order, all pleadings and documents on file herein, and such other and further evidence as may be presented at or before the hearing on this matter.

Pursuant to Local Rule 7-3, Defendant's counsel Matthew Arnold, Esq., met and conferred via telephone on February 11, 2025, with Plaintiff's counsel Nilofar Nouri, Esq., and they were unable to reach any agreement regarding the blatant deficiencies in Plaintiff's claims. See Declaration of Matthew Arnold, ¶¶ 2-5.

///

///

///

1        WHEREFORE, Defendant respectfully requests that this Court grant Defendant's

2    Motion to Dismiss Plaintiff's Complaint.

3

4                              Respectfully Submitted,

5                              STILLMAN & ASSOCIATES

6

7    March 17, 2025            By: _____
                                   Philip H. Stillman, Esq.
8                                  Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on March 17, 2025 or as soon as possible thereafter, copies of the foregoing Notice of Motion to Dismiss, Memorandum of Points and Authorities, Declaration of Matthew Arnold, and Proposed Order were served electronically by ECF.

By: /s/ *Philip Stillman*
For Defendant