# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADERIYIKE LAWAL<br><br>Plaintiff(s),<br><br>v.<br><br>NOBLE HOUSE HOTELS AND RESORTS, L.P., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–10038–FLA–AJR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __3/17/2025__

Document No.: __16__

Title of Document:  __Motion to Dismiss Plaintiff's Complaint__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests−Dismiss Case

Because incorrect event was used, docket entry did not produce a gavel so it does not appear on the judge's motion calendar. Docket entry text does not indicate noticed motion hearing date

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _March 18, 2025_       By:  _/s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov_
                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**