1  Philip H. Stillman (State Bar # 152861)
   STILLMAN & ASSOCIATES
2  3015 North Bay Road, Suite B
   Miami Beach, Florida 33140
3  (888) 235-4279 (Voice and Fax)
4  pstillman@stillmanassociates.com

5  Counsel for Defendant
   Noble House Hotels & Resorts, L.P.
6

7          UNITED STATES DISTRICT COURT FOR THE
              CENTRAL DISTRICT OF CALIFORNIA
8

9                                    Case No.: 2:24-cv-10038-FLA-AJR

10  Aderiyike Lawal, an individual,     **DECLARATION OF MATTHEW ARNOLD IN
                                        SUPPORT OF DEFENDANT'S MOTION TO
11       Plaintiff,                     DISMISS**

12  v.

13  Noble House Hotels & Resorts, L.P. D.B.A.   **[Fed.R.Civ.P.  12(b)(6)]**
    Mission Bay Resort, a Texas Limited
14  Partnership, and Does 1-10                  **Date:** 1:30 p.m.
                                                **Time:** May 9, 2025
15       Defendant.                             **Courtroom:** 6B
                                                First Street Courthouse
16

17                                              **Hon.** Fernando L Aenlle-Rocha

18

19

20

21

22

23

24

25

26

27

28

**1**

# DECLARATION OF MATTHEW ARNOLD

I, Matthew Arnold, declare as follows:

1.  I am an attorney licensed to practice law in the State of California, and I am counsel of record for Defendant Noble House Hotels & Resorts, L.P.

2.  On February 11, 2025, while representing Noble House Hotels & Resorts, L.P., I met and conferred regarding this Motion to Dismiss with Nilofar Nouri, Esq., representing Plaintiff Aderiyike Lawal.

3.  Plaintiff's counsel disagrees with the legal arguments presented by Defendant's counsel concerning the allegations in the Complaint.

4.  After a thorough discussion of each side's position, the parties were unable to come to an agreement concerning amending Plaintiff's complaint.

5.  As such, Defendant is compelled to file this Motion to Dismiss.

6.  I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 11th day of February 2025, at San Diego, California.


By: *Matt Arnold*
       Matthew Arnold, Esq.

1

**PROOF OF SERVICE**

2

3        I, the undersigned, certify under penalty of perjury that on March 21, 2025 or as soon as

4    possible thereafter, copies of the foregoing Notice of Motion to Dismiss, Memorandum of Points

5    and Authorities, Declaration of Matthew Arnold, and Proposed Order were served electronically by

6    ECF.

7
                                          By: /s/ *Philip H. Stillman*
8                                              For Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28