Philip H. Stillman, Esq., (Cal. Bar No. 152861)
STILLMAN & ASSOCIATES
015 North Bay Road, Suite B
Miami Beach, Florida 33139
Telephone: (888) 235-4279
Facsimile: (888) 235-4279
email: pstillman@stillmanassociates.com

Attorneys for Defendants
Noble House Hotels & Resorts, L.P.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aderiyike Lawal an individual,<br><br>Plaintiff,<br><br>v.<br><br>Noble House Hotels & Resorts, L.P. D.B.A. Mission Bay Resort, a Texas Limited Partnership, and Does 1-10<br><br>Defendant. | CASE NO.: 2:24-cv-10038-FLA-AJR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: 1:30 p.m.<br>Time: May 9, 2025<br>Courtroom: 6B<br>First Street Courthouse<br><br>Complaint Filed:   November 21, 2024<br>Trial Date: None Set<br>Hon.   Fernando L Aenlle-Rocha |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Noble House Hotels & Resorts, L.P. ("Defendant") respectfully requests that this Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201, in support of Defendant's Motion to Dismiss Plaintiff's Complaint:

1. **Exhibit 1**: A true and correct copy of the "home page" of Defendant's Website, located at https://www.missionbayresort.com/.

2. **Exhibit 2**: A true and correct copy of the "Accessibility" webpage from Defendant's website, located at https://www.missionbayresort.com/accessibility/.

These documents are properly subject to judicial notice because they are publicly available, and their accuracy cannot reasonably be questioned. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (taking judicial notice of information made publicly available on websites where accuracy could not be questioned); *see also Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (holding that a screen shot was properly the subject of judicial notice and noting that judicial notice of the context of webpages is appropriate); *Pac. Overlander, LLC v. Kauai Overlander*, 2018 U.S. Dist. LEXIS 135567, at *2 (N.D. Cal. Aug. 10, 2018) ("[A]s a

general matter, websites and their contents may be proper subjects for judicial notice.").

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: March 21, 2025         By: _____
                                  Philip H. Stillman, Esq.
                                  Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

## Introducing your newest neighbor in San Diego.

Discover San Diego Mission Bay Resort, where the best of the Southern California lifestyle is at your fingertips — sun, sand, and so much more. We invite you to indulge in the heart of San Diego, where you'll enjoy waterfront dining, endless outdoor activities, luxurious spa treatments, poolside relaxation, and – best of all – proximity to everything you could want to do in our vibrant city.



### Your Home Base

You're invited to relax in our rooms and suites, welcoming you with bay breezes, swaying palm trees and beach chic decor.

VIEW OUR ROOMS & SUITES




### Make a Splash

Bask in the San Diego sun poolside in a lounge chair or your own private cabana... or just dive right in. Our resort pool is complete with kids' activities (including wading pool) plus tempting snacks and beverages from our pool bar.

RESORT AMENITIES

### All in Good Taste

Come hungry. With three waterfront dining options to choose from, our fresh California fare is designed to dazzle your palate. Sip, unwind and embrace the bay breezes.

EXPLORE DINING OPTIONS



### Fun for All

Let's play! Take your pick from activities like life-sized checkers, ping pong, and board games for a bit of friendly competition. After you've covered a corner, or get that beach firepit to enjoy a night of s'mores. The fun never stops at the San Diego Mission Bay Resort.

OUR AMENITIES

### Spa the Day Away

Nestled in the serene waterfront environment of Mission Bay, our luxurious spa embraces the soul of San Diego. Indulge in holistic, therapeutic treatments to calm the body and inspire your senses.

DISCOVER OUR SPA



### Pickleball

Calling all pickleball enthusiasts! Meet us on the courts for the perfect pairing of pickleball and paints. On the courts, socialize with friends and cheers to enjoying America's fastest growing sport in the beautiful surroundings of San Diego's gorgeous Mission Bay.

RESERVE NOW



### Relax at Home

Discover our beach-chic guestrooms and suites, where our warm, welcoming vibes will allow yourself to relax and take in the bayside breezes.

VIEW ROOMS & SUITES

PACKAGES & OFFERS




### Stay and Play More

With a waterfront pool, over 18 acres of resort grounds to explore and endless outdoor activities on property, our Stay and Play More package gives you the chance to discover and explore San Diego Mission Bay Resort for just a little bit longer.

VIEW ALL PACKAGES & OFFERS

### Gift Cards Now Available

Give the gift of exploration, adventure or relaxation in San Diego. Gift cards for San Diego Mission Bay Resort, Coronavirus and San Diego are now available for purchase.

BROWSE GIFT CARDS



ADDRESS
San Diego Mission Bay Resort
1775 East Mission Bay Drive
San Diego, CA 92109
Map & Directions

HOTEL DIRECT
619-677-7151

ROOM RESERVATIONS
(877) 328-3012

AWARDS & PRESS
Sunset Travel Awards
Where to Stay: Seaside Hotels – 2022

US News & World Report
#1 Best Resort in San Diego – 2023

SEE OUR AWARDS & PRESS

Careers  Contact & Directions  Awards & Press  Accessibility  Travel Professionals  Sitemap  Newsletter  Cookie Center

CURATED HOTEL & RESORT COLLECTION

THE HOTEL COLLECTION

# EXHIBIT 2



# Accessibility

## We are committed to ensuring that we meet and exceed all the requirements for the Americans with Disabilities Act.

The staff at San Diego Mission Bay Resort and at all our Noble House resorts are trained to accommodate guests with special needs, so that all our guests, including those with disabilities can have an enjoyable and safe stay. Please call the hotel at 619-677-1161, if you have any special accommodation needs.

## The following areas are accessible in compliance with the ADA:

- Entrance to lobby is on ground floor, there are no stairs at the entrance
- Ramp entrance to Covewood
- Ramp to marina slips
- Ramp to Solrisa
- Ramp entrance to pool
- ADA compliant pool and spa lift
- Banquet/meeting are on ground floor
- Elevator in Spa Brezza to access treatment rooms
- Accessible business center
- Accessible concierge desk
- Accessible elevators
- Accessible exercise facility
- Accessible meeting space
- Accessible public entrance
- Accessible registration desk
- Accessible restaurant
- Accessible restrooms
- Accessible guest rooms
- Accessible swimming pool
- Braille elevator
- Closed captioning on televisions or closed captioning decoders
- Digital alarm clock available with sound, strobe light or vibrating pad
- Lowered buttons in elevators
- Lowered emergency evacuation instructions
- Parking area
- Route from the hotel's public entrance to all areas where food and beverages are sold
- Route from the hotel's public entrance to the accessible guestrooms
- Route from the hotel's public entrance to the elevators area
- Route from the hotel's public entrance to the meeting room/ballroom area
- Route from the hotel's public entrance to the registration area
- Route from the hotel's public entrance to the swimming pool
- Service support animals welcome
- Strobe alarms
- TTY capabilities
- Vibrating fire alarm available
- Visual alarms for hearing impaired in hallways & public areas
- Hotel employees will read menus and other printed/visual information to guests who are blind/low vision

## Information about our accessible guest rooms

Rooms designated as mobility accessible have features for guests with mobility disabilities, including, but not limited to:

- Roll-in shower or tub with grab bars
- Lowered light switches and thermostats
- Grab bars in bathroom
- Toilets with grab bars
- Accessible vanity
- Accessible routes to all parts of the room
- Roll-in showers
- Accessible guest rooms with mobility features with entry or passage doors that provide 32" of clear width
- Bathroom doors at least 32 inches wide
- Bedroom doors at least 32 inches wide (812mm)

Rooms designated as hearing accessible have features for guests who are deaf or hard of hearing, including visual alarms and notification devices. We also have portable communications kits with visual alarms and notification devices for guests who are deaf or hard of hearing which can be installed in any room.

Call San Diego Mission Bay Resort at 619-677-1161 should you have further questions about accessibility or email us at reservations@MissionBayResort.com.

View all ADA accessible room types, additional images, and details on our Accessible Rooms page.

**VIEW OUR ACCESSIBLE ROOMS**

## The following areas may not be fully accessible

Please call the hotel for more information.

- Accessible transportation with advance notice

---

**ADDRESS**
San Diego Mission Bay Resort
1775 East Mission Bay Drive
San Diego, CA 92109
Map & Directions

**NEWS & OFFERS LIST**

**HOTEL DIRECT**
619-677-1161

**ROOM RESERVATIONS**
888-597-9640

**AWARDS & PRESS**
Sunset Travel Awards
Where to Stay: Seaside Hotels – 2022

US News & World Report
#14 Best Resort in San Diego – 2023

SEE MORE AWARDS & PRESS

---

  

| Careers | Contact & Directions | Awards & Press | Accessibility | Travel Professionals | Sitemap | Webcam | Cookie Center |

---

## Noble House
### HOTELS & RESORTS

| CALIFORNIA | FLORIDA | MASSACHUSETTS | TEXAS |
| --- | --- | --- | --- |
| The Portofino Hotel & Marina | Little Palm Island Resort & Spa | Chatham Inn Relais & Châteaux | The Stella Hotel |
| The Napa Valley Wine Train | LaPlaya Beach & Golf Resort | | |
| Kona Kai San Diego Resort | Pelican Grand Beach Resort | **MEXICO** | **WASHINGTON** |
| River Terrace Inn | Ocean Key Resort & Spa | Corazón Cabo Resort & Spa | The Edgewater Hotel |
| Argonaut Hotel | Solé Miami, A Noble House Resort | | |
| San Diego Mission Bay Resort | The Inn on Fifth | **OREGON** | **WYOMING** |
| L'Auberge Del Mar | Marquesa Hotel | Headlands Coastal Lodge & Spa | Snake River Sporting Club |
| Estancia La Jolla Hotel & Spa | | Inn at Cape Kiwanda | Teton Mountain Lodge & Spa |
| | **GEORGIA** | Hart's Camp Airstream Hotel | Hotel Terra Jackson Hole |
| **COLORADO** | Jekyll Island Club Resort | Cape Kiwanda RV Park | Teton Private Residences |
| Gateway Canyons Resort & Spa | | | |
| | | | **ABOUT NOBLE HOUSE** |
| | | | Our Collections |
| | | | Noble House Shop |

---

**CHOOSE EXPERIENCE:** BEACH | WINE | SKI | URBAN | HIDDEN GEMS | SPA

©2025 Noble House Hotels & Resorts |
Privacy Policy

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on March 21, 2025 or as soon as possible thereafter, copies of the foregoing Notice of Motion to Dismiss, Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Matthew Arnold, and Proposed Order were served electronically by ECF.

By: /s/ *Philip H. Stillman*
For Defendant