NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Philip H. Stillman, Esq. Cal. Bar No. 152861
STILLMAN & ASSOCIATES
3015 North Bay Rd., Suite B
Miami Beach, FL 33140
Tel. & Fax.: (888) 235-4279
pstillman@stillmanassociates.com

CLEAR FORM

ATTORNEY(S) FOR: defendant Noble House Hotels & Resort, L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Aderiyike Lawal

Plaintiff(s),

v.

Noble House Hotels and Resort L.P.

Defendant(s)

CASE NUMBER:

2:24-cv-10038-FLA-AJR

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Noble House Hotels & Resort, L.P.  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Noble House Hotels & Resort, L.P. | Defendant |
| Westgroup Partner, LLC | General partner of Defendant |
| Aderiyike Lawal | Plaintiff |
| Nationwide Insurance Co | Insurance carrier for Defendant |

03/26/2025
Date

s/ Philip H. Stillman
Signature

Attorney of record for (or name of party appearing in pro per):

Noble House Hotels & Resort, L.P.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES