UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADERIYIKE LAWAL,<br><br>    Plaintiff,<br><br>v.<br><br>NOBLE HOUSE HOTELS AND RESORTS, L.P., *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-10038-FLA (AJRx)<br><br>**ORDER APPROVING STIPULATON FOR LEAVE TO AMEND [DKT. 24]** |

1

On April 3, 2025, Plaintiff Aderiyike Lawal ("Plaintiff") and Defendant Noble House Hotels and Resorts, L.P. ("Defendant") filed the Stipulation to Allow Plaintiff Leave to Amend and Set Defendant's Response Deadline (the "Stipulation").  Dkt. 24. Having reviewed the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and AUTHORIZES Plaintiff to file the Proposed First Amended Complaint ("FAC") on or before May 7, 2025.  Defendant's response to the FAC is due on or before June 18, 2025.  Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 19) is DENIED as moot.

IT IS SO ORDERED.

Dated: April 9, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge