JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADERIYIKE LAWAL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NOBLE HOUSE HOTELS AND RESORTS, L.P., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-10038-FLA (AJRx)<br><br>**ORDER APPROVING STIPULATION DISMISSING ACTION [DKT. 38]** |

1

On November 3, 2025, Plaintiff Aderiyike Lawal ("Plaintiff") and Defendant Noble House Hotels and Resorts, L.P. ("Defendant") filed a Stipulation and Request for Dismissal as to All Claims ("Stipulation") to dismiss Plaintiff's individual claims against Defendant with prejudice, and the proposed class claims without prejudice. Dkt. 38.  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES Plaintiff's individual claims against Defendant with prejudice.
3. The court DISMISSES the proposed class claims without prejudice.
4. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: November 5, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2